Ross v. Walton.                    *67 N. J. L.*

EDMUND L. ROSS, COUNTY COLLECTOR OF CAPE MAY COUNTY, DEFENDANT IN ERROR, v. HARRY W. WALTON, COLLECTOR OF TAXES OF THE BOROUGH OF SOUTH CAPE MAY, PLAINTIFF IN ERROR.

Submitted March 25, 1902—Decided June 16, 1902.

On error to the Supreme Court.

For the plaintiff in error, *David J. Pancoast.*

For the defendant in error, *Howard Carrow.*

PER CURIAM.

The judgment below is affirmed, for the reasons given in the opinion of Mr. Justice Lippincott, reported in 34 *Vroom* 435.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, GARRISON, COLLINS, FORT, GARRETSON, HENDRICKSON, PITNEY, KRUEGER, VREDENBURGH, VOORHEES.   12.

*For reversal*—VROOM.   1.